IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TALEEN BRADY, | |
|---|---|
| Plaintiff, | 8:17-CV-186 |
| vs. | JUDGMENT |
| OMAHA PUBLIC SCHOOLS, | |
| Defendant. | |

On the parties' Stipulation for Dismissal (filing 14), this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 21st day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge